# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY MACUT,<br><br>            Plaintiff,<br><br>    v.<br><br>WABASH NATIONAL CORPORATION, et al.,<br><br>            Defendants. | Case No. 1:22-cv-00231-JLT-BAK<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 19) |

On June 13, 2022, a stipulation was filed to extend the time for Defendant Philip Portwood Family Trust to respond to the first amended complaint. (ECF No. 19.) The Court finds good cause to approve the stipulated request.

Accordingly, IT IS HEREBY ORDERED that Defendant Philip Portwood Family Trust shall file a responsive pleading on or before **June 30, 2022**.

IT IS SO ORDERED.

Dated:   **June 13, 2022**                                                          /s/ signature

                                    UNITED STATES MAGISTRATE JUDGE

1